IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 21-64-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT ALLEN WILLIAMS, | |
| Defendants. | |

Upon the Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal (Doc. 64),

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. The Clerk of Court is directed to file the Defendant's Sentencing Memorandum (Doc. 63) under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 18th day of August, 2022.

_____
SUSAN P. WATTERS
United States District Court Judge

1